KENNETH W. DONNELLY (admitted *pro hac vice*)
ALEXANDER M. VASILESCU (Admitted to EDNY; New York Office)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-4946 (Donnelly)
Email: donnellyk@sec.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | |
| | : | |
| Plaintiff, | : | 2:18-cv-06511-JS-AKT |
| v. | : | |
| | : | PROOF OF SERVICE OF |
| GIGA ENTERTAINMENT MEDIA, INC., | : | FILED PARTY STIPULATION |
| GARY S. NERLINGER, | : | AND PROPOSED ORDER |
| LAWRENCE W. SILVER, | : | |
| CHARLES G. NOSKA, and | : | |
| JARRET M. STREINER, | : | |
| | : | |
| Defendants. | : | |
| | : | |

On May 18, 2020, the Plaintiff, Securities and Exchange Commission filed a Party Stipulation and Proposed Order.  *See* Dkt. 45 ("Filing").  The undersigned certifies that he has on this same day caused a copy of the Filing to be placed in the U.S. mail, first-class, postage prepaid, addressed to Defendant's home address in North Woodmere/Valley Stream, NY.  He also certifies that, on this date, he sent a copy of the Filing to the email address that Defendant Nerlinger has used in communications with the SEC and the undersigned SEC counsel.

Dated: May 18, 2020

                                              Respectfully submitted,

                                              /s/ Kenneth W. Donnelly
                                              Kenneth W. Donnelly

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
100 F. Street, N.E
Washington, D.C. 20549
Telephone: (202) 551-4946
Email: donnellyk@sec.gov

### CERTIFICATE OF SERVICE OF THIS PROOF OF SERVICE

I hereby also certify that on this day, May 18, 2020, a copy of the foregoing Proof of Service was served via the Court's electronic filing system through filing, and also was served by first-class U.S. mail and email, in the same manner as indicated above, from the undersigned to the pro se defendant Gary Nerlinger.

                                              /s/ Kenneth W. Donnelly
                                              Kenneth W. Donnelly