KENNETH W. DONNELLY (admitted *pro hac vice*)
ALEXANDER M. VASILESCU (Admitted to EDNY; New York Office)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-4946 (Donnelly)
Email: donnellyk@sec.gov

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 19 2020  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | |
| | : | |
| Plaintiff, | : | 2:18-cv-06511-JS-AKT |
| v. | : | |
| | : | **PARTY STIPULATION** |
| GIGA ENTERTAINMENT MEDIA, INC., | : | **AND PROPOSED ORDER** |
| GARY S. NERLINGER, | : | |
| LAWRENCE W. SILVER, | : | |
| ALFRED R. COLUCCI, | : | |
| CHARLES G. NOSKA, and | : | |
| JARRET M. STREINER, | : | |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff Securities and Exchange Commission ("SEC"), through counsel, and Defendant

Gary Nerlinger ("Mr. Nerlinger"), *pro se*, file the following stipulation and proposed order to

approve their stipulation, the subject matter of which was discussed on April 27, 2020, before

Magistrate Judge A. Kathleen Tomlinson (*see* Dkt. 43):

WHEREAS, the SEC filed its Complaint (Dkt. 1) on November 15, 2018;

WHEREAS, Mr. Nerlinger consented to a partial judgment, which was entered (Dkt. 9);

WHEREAS, pursuant to the consented partial judgment, what remains for the Court's

decision is the amount of disgorgement and prejudgment interest Mr. Nerlinger should be

ordered to pay and the civil penalty that should be imposed on him based on the conduct

described in the Complaint. *See, e.g.* Dkt. 9 at Section V ("The Court shall determine the amounts of the disgorgement and civil penalty upon motion of the Commission.");

WHEREAS, as a result of the consented partial judgment, the parties earlier agreed that discovery would be conducted solely on issues relevant to determining the disgorgement, prejudgment interest, and civil penalty amounts that should be ordered. *See* Joint Discovery Plan and Case Management Statement, Dkt. 14 at 2-3 ("Anticipated Scope of Discovery");

WHEREAS, the SEC has sought discovery as to the financial condition of Mr. Nerlinger and his spouse on the basis that defendant would seek to argue that his financial condition was relevant to the level of civil penalty and/or disgorgement that should be ordered against him; and

WHEREAS, to cause the SEC for now to withdraw its discovery concerning defendant's and his spouse's financial condition, Mr. Nerlinger expressed a willingness to enter into a stipulation regarding any potential defense he may have based on that financial condition.

NOW THEREFORE, the parties AGREE and STIPULATE as follows:

1.      Plaintiff SEC will withdraw for now its outstanding discovery (and request to take related depositions) as to the financial condition of Mr. Nerlinger and his spouse. Following any award of a penalty and/or disgorgement in this case, and for any purpose related to seeking to collect on the final judgment in this action, the SEC may (as necessary) resume such discovery.

2.      Defendant Nerlinger agrees that he will not argue his or his spouse's financial condition as a basis to reduce any civil penalty and/or disgorgement award for purposes of final judgment, or make any other argument before final judgment that depends on examining his current or future financial condition. Defendant Nerlinger waives all such arguments.

For all the foregoing reasons, and by stipulation, the SEC and Defendant Nerlinger respectfully request an order adopting their agreement and this stipulation.

Respectfully submitted,

Dated:  March 5, 2020          SECURITIES AND EXCHANGE COMMISSION

              ____/s/ Kenneth W. Donnelly_____
              Kenneth W. Donnelly
              Attorney for Plaintiff

Dated:  March 5, 2020          GARY S. NERLINGER


              _____
              Gary S. Nerlinger, *pro se*


IT IS SO ORDERED:


Dated:  March ___, 2020          _____

3

For all the foregoing reasons, and by stipulation, the SEC and Defendant Nerlinger respectfully request an order adopting their agreement and this stipulation.

Respectfully submitted,

Dated:  March 5, 2020          SECURITIES AND EXCHANGE COMMISSION

_____/s/ Kenneth W. Donnelly_____
Kenneth W. Donnelly
Attorney for Plaintiff

Dated:  March 5, 2020          GARY S. NERLINGER

Gary S. Nerlinger, *pro se*

IT IS SO ORDERED:

Dated: ~~March~~ May 19 , 2020          /s/ AK Tomlinson

3